# Order

March 25, 2009

137357

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

LLAMAS GROUP,
      Plaintiff/Counter-Defendant-
      Appellee,

v

HURON VALLEY SCHOOLS,
      Defendant/Counter-Plaintiff/Cross-
      Defendant/Third-Party Plaintiff-
      Appellant,

and

BARTON MALOW COMPANY and
FANNING/HOWEY ASSOCIATES, INC.,
      Defendants-Appellees,

and

LECOLE PLANNERS, L.L.C.,
      Defendant/Cross-Plaintiff-Appellee,

and

HANOVER INSURANCE COMPANY,
      Third-Party Defendant.

_____/

SC: 137357
COA: 275933
Oakland CC: 2004-062796-CK

On order of the Court, the application for leave to appeal the August 12, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 25, 2009

_____
Clerk

s0318